NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHERAMY RUSBULDT,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7177

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 10-3829, Judge William A. Moorman.

---

**ON MOTION**

---

**O R D E R**

Cheramy Rusbuldt moves without opposition for a 30-day extension of time, until December 26, 2012, to file the opening brief.

Upon consideration thereof,

CHERAMY RUSBULDT V. SHINSEKI                                        2

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s27